AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Callahan, Jr., William E. | 2. Court or Organization

Eastern District of Wisconsin | 3. Date of Report

05/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Full-Time Magistrate Judge | 5a. Report Type (check appropriate type)

☐ Nomination    Date
☐ Initial   ☑ Annual    ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2011
to
12/31/2011 |

**7. Chambers or Office Address**

Room 250
517 E. Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Suntrust Mortgage, Inc. | Mortgage on property, Hilton Head, S.C. | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank | A | Interest | J | T | | | | | |
| 2. M & I Bank | A | Interest | J | T | | | | | |
| 3. M & I Bank | | None | J | T | | | | | |
| 4. Navistar Intl. Corp. (common stock) | | None | J | T | | | | | |
| 5. First Ottawa Bankshares, Inc (common) | | None | J | W | | | | | |
| 6. Wells Fargo Advisors Money Market and Bank Deposit Program | A | Int./Div. | J | T | | | | | |
| 7. Growth Fund of America | A | Dividend | | | Sold | 02/15/11 | K | D | |
| 8. IRA @ US Bancorp Investments Inc. | | | | | | | | | |
| 9. Money Market Fund | A | Dividend | J | T | | | | | |
| 10. American Funds-AMCAP Fund Class A | A | Dividend | K | T | | | | | |
| 11. American Fund-Income Fund of America Class A | A | Dividend | K | T | | | | | |
| 12. American Fund-Intermediate Bond Class A | A | Dividend | K | T | | | | | |
| 13. American Fund-Investment Co. of America Class A | A | Dividend | K | T | | | | | |
| 14. American Fund-Small Cap World Class A | A | Dividend | K | T | | | | | |
| 15. M&I Bank, Milwaukee | | None | | | Closed | 12/15/11 | J | | |
| 16. Property, Hilton Head, S.C. | B | Rent | N | W | | | | | |
| 17. U.S. Bank, Milwaukee, Wisconsin | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Bank, Milwaukee, Wisconsin | A | Interest | L | T | | | | | |
| 19. Northwestern Mutual Life Insurance Company | A | Dividend | J | T | | | | | |
| 20. Northwestern Mutual Life Insurance Company | A | Dividend | J | T | | | | | |
| 21. Northwestern Mutual Life Insurance Company | A | Dividend | J | T | | | | | |
| 22. Northwestern Mutual Life Insurance Company | A | Dividend | J | T | | | | | |
| 23. MERRILL LYNCH BEYOND BANKING ACCOUNT | | | | | | | | | |
| 24. MONEY MARKET ACCOUNT | B | Interest | J | T | | | | | |
| 25. --STOCK | | | | | | | | | |
| 26. AMCORE FINCL (common) | | None | J | T | | | | | |
| 27. Ishares S&P 500 Index Fund | A | Dividend | | | Sold | 05/05/11 | J | C | |
| 28. ANHEUSER-BUSCH (common) | A | Dividend | J | T | | | | | |
| 29. APPLE COMPUTER (common) | | None | K | T | | | | | |
| 30. BRISTOL MYERS SQUIBB (common) | A | Dividend | J | T | | | | | |
| 31. CISCO SYS INC. (common) | A | Dividend | J | T | | | | | |
| 32. DU PONT EI DE NEMOURS & CO (common) | A | Dividend | J | T | | | | | |
| 33. EMERSON ELEC CO (common) | A | Dividend | K | T | | | | | |
| 34. GENERAL ELECTRIC CO (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GOOGLE INC (common) | | None | J | T | | | | | |
| 36. JPM (common) | A | Dividend | J | T | | | | | |
| 37. GAS (common) | A | Dividend | J | T | | | | | |
| 38. RTN (common) | A | Dividend | J | T | | | | | |
| 39. UNITED TECH CORP (common) | A | Dividend | K | T | | | | | |
| 40. Abbott Labs (common) | A | Dividend | J | T | | | | | |
| 41. Advance Auto Part, Inc., AAP | A | Dividend | J | T | | | | | |
| 42. Amazon Com. Inc., COM | | None | J | T | | | | | |
| 43. Cardinal Health, Inc | A | Dividend | J | T | Buy | 05/05/11 | J | | |
| 44. United Health Group, Inc. | A | Dividend | J | T | Buy | 05/05/11 | J | | |
| 45. MERRILL LYNCH ▮▮▮▮▮ ACCOUNT | | | | | | | | | |
| 46. American Cap Inc Builder | B | Dividend | K | T | | | | | |
| 47. Calamos Growth A | | None | K | T | | | | | |
| 48. Delaware Intl Value Eqty | A | Dividend | | | Sold | 12/28/11 | K | | |
| 49. Fidelity Adv Lvgd Cmpny Stk | A | Dividend | J | T | | | | | |
| 50. Royce Total Return Inv | A | Dividend | K | T | | | | | |
| 51. Van Kampen Equity and Income | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares Barclays 1-3 Year Year Treas Index Fund | | None | J | T | | | | | |
| 53. Ishares S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 54. Franklin Income Fund Adv Class | A | Dividend | J | T | | | | | |
| 55. Lazard Emerging Markets Equity | A | Dividend | J | T | | | | | |
| 56. Templeton GLBL Bond FD | | None | J | T | Buy | 01/10/11 | J | | |
| 57. Invesco Equally Weighted S&P Fund | | None | | | Sold | 01/10/11 | J | | |
| 58. PARTNERSHIPS | | | | | | | | | |
| 59. Rogers Center for Commerce East (P) | A | Distribution | J | U | | | | | |
| 60. Rogers O'Hare Motor Terminal Limited (P) | | None | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Line 41: This stock was purchased on November 30, 2010; it was mistakenly omitted from my 2010 report. Its value was $15,000 or less.

Section VII, Line 42: This stock was purchased on November 30, 2010; it was mistakenly omitted from my 2010 report. Its value was $15,000 or less.

Section VII, Line 57. This mutual fund was apparently purchased in previous years, i.e., 2006, 2007 and 2008; it was mistakenly omitted in previous reports. Its value at purchase was less than $15,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Callahan, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544